UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Wallace Vanderwerf, II<br>Defendant(s) | CRIMINAL NO. 07mj2765<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

ANTHONY J. BATTAGLIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Socorro Elena Navarro-Alcantar

DATED: 12/4/07

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by K. Hammerly
     Deputy Clerk